UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SCHAEFFER, | ) |
| *Petitioner*, | ) |
| v. | ) No. 1:17-cv-147 |
| | ) REEVES/LEE |
| ELIZABETH SHIRLENE JACKSON-SCHAEFFER, | ) |
| *Respondent*. | ) |

## ORDER DIRECTING RETURN OF MINOR CHILDREN TO COUNTRY OF HABITUAL RESIDENCE

On January 18 and 19, 2018, the Court held a bench trial on the merits of Daniel Schaeffer's Petition for the Return of Minor Children [D. 1]. At the conclusion of the trial, the Court **GRANTED** the petition. Incorporating the ruling from the bench, the Court now **ORDERS**, pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001 et. seq., that Annabelle Elizabeth Schaeffer and Aidan Luke Schaeffer be returned in the company of their father, Daniel Schaeffer, to the sovereign nation of Germany, by **January 26, 2018**. It is further ordered that Daniel Schaeffer report the delivery of the minor children to the appropriate Central Authority.

By virtue of this Order, Daniel Schaeffer has the exclusive right to the custody of the minor children for the limited purpose of returning the minor children to Germany, the minor children's habitual residence.

This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

1

The Order of this Court is made under the authority of 22 U.S.C. § 9001(a), conferring original jurisdiction upon this Court, and Article 18 of the Hague Convention.

This Order is effective as of the date of the entry of this Order, and shall continue in force and effect until modified or cancelled by this Court.

**THEREFORE, TO ANY PEACE OFFICER IN THE STATE OF TENNESSEE OR TO ANY FEDERAL OFFICER:**

You are hereby commanded to assist Daniel Schaeffer to remove the minor child from the United States of America, and to allow Daniel Schaeffer to accompany the minor child to Germany, giving Daniel Schaeffer the right without interference to have the minor children in his lawful temporary custody for the purposes described herein. Further, Elizabeth Shirlene Jackson-Schaeffer is permitted to travel to Germany with Daniel Schaeffer and the children, if she so wishes.

Any motion for costs and fees, along with the required supporting documentation, shall be filed **within thirty days** from the date of this order.

This case is **DISMISSED**. The clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**