UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| DANIEL SCHAEFFER, | ) |
| *Petitioner*, | ) |
| v. | ) NO. 1:17-CV-147 |
| | ) REEVES/LEE |
| ELIZABETH SHIRLENE JACKSON-SCHAEFFER, | ) |
| *Respondent*. | ) |

## MEMORANDUM OPINION AND ORDER

Before the Court is United States Magistrate Judge Lee's Report and Recommendation ("R&R") [D. 72] regarding Daniel Schaeffer's motion for attorneys' fees and expenses [D. 65]. Judge Lee recommends that Mr. Schaeffer's motion be granted in part and denied in part, and that a judgment be entered against Elizabeth Shirlene Jackson-Schaeffer in the amount of $78,534.79. There have been no objections to the R&R, and enough time has passed to treat any objection as forfeited. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2).

After reviewing the record, the Court agrees with the R&R and hereby **ADOPTS** it. For the reasons stated in the R&R, Mr. Schaeffer's motion for attorneys' fees and expenses [D. 65] is **GRANTED IN PART** and **DENIED IN PART**, and a judgment is entered against Ms. Jackson-Schaeffer in the amount of **$78,534.79**.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *John L. Medearis*
CLERK OF COURT

1